CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff

GARRET MURAI
WENDEL ROSEN BLACK & DEAN LLP
Wendel Rosen Black & Dean LLP 111
Oakland, CA 94607
Telephone: (510)834-6600
Facsimile: (510)834-1928
gmurai@wendel.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Glen Ikeda, in his individual and representative capacity as Trustee, Ikeda Family Trust;<br>Ikedas Davis, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:13-CV-01087-LKK-KJN<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

1

Stipulation for Dismissal        Case: 2:13-CV-01087-LKK-KJN

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs.  This stipulation is made as to the result of the settlement of the action.

The court shall retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.

Dated: August 5, 2013          CENTER FOR DISABILITY ACCESS

                                       /s/ Raymond G. Ballister, Jr.
                              By: _____
                                       Raymond Ballister, Jr.
                                       Phyl Grace
                                       Attorneys for Plaintiff


Dated: August 5, 2013          WENDEL ROSEN BLACK & DEAN LLP

                                       /s/ Garret Murai
                              By: _____
                                       Garret Murai
                                       Attorneys for Defendants

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: August 22, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT